

OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR   202 | 783 | 4884   FAX 202 | 393 | 6475
UNITED UNIONS BUILDING • 1750 NEW YORK AVENUE, N.W. • SUITE 501 • WASHINGTON, DC 20006-5301

March 3, 2006

Mr. Nick Distante            Code: D-3135
DiDi's Corporation           LU #: 150
40 Greenleaf Street
Rochester, NY 14609

Dear Mr. Distante:

Your company, DiDi's Corporation (hereinafter "the Company"), is delinquent to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") for a Settlement Sum of $11,879.17.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1.  The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than December 15, 2006.

2.  The delinquencies shall be paid at the rate of $1,319.91 **(to be overnighted)** per month, for 9 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3.  The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4.  The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.



EXHIBIT 3

DiDi's Corporation
March 3, 2006
Page Two

## Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company **must sign the agreement in the presence of a notary and return the original agreement by,**</u> March 13, 2006, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a <u>**signed**</u> personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $1,319.91 must reach the Fund Office no later than, April 15, 2006 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*

Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: _____
                                    Authorized Representative

Printed Name of Authorized Representative: _Nick Distante_

Title: _President_

S.S.#: _085 - 48 - 7919_

Company Name: _The DiDi's Corp_

Sworn and subscribed to before me on this __14th__ day of, 200 _6_ (March).

_Angela Borsa_
NOTARY PUBLIC

ANGELA BORSA
NOTARY PUBLIC, STATE OF NEW YORK
No. 01BO6120045
QUALIFIED IN MONROE COUNTY
MY COMMISSION EXPIRES DEC. 13, 2008

My commission expires _____

DiDi's Corporation
March 3, 2006
Page Three

## PERSONAL GUARANTEE
### Promissory Note

I, _Nicholas Distante_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

1.    If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_The DiDi's Corp_
_40 Greenleaf St_
_Rochester, N.Y. 14609_

2.    The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

3.    If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _[signed]_

Printed Name of Personal Guarantor: _Nick Distante_

Home Address of Personal Guarantor: _420 Pineville Lane_
_Webster, NY 14580_

Home Telephone Number of Personal Guarantor: _585 265 2876_

Cell Phone # and Fax # of Personal Guarantor: _585 288 9002_

Relationship of Personal Guarantor to the Company: _Owner / President_

Social Security Number of Personal Guarantor: _085 - 48 - 7919_

Sworn and subscribed to before me on this _14th_ day of _March_, 200_6_.

_Angela Borsa_
NOTARY PUBLIC

ANGELA BORSA
My commission expires NOTARY PUBLIC, STATE OF NEW YORK
No. 01BO6120045
QUALIFIED IN MONROE COUNTY
MY COMMISSION EXPIRES DEC. 13, 2008


EXHIBIT 4