# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**     **DISTRICT OF COLUMBIA**

Case No.: 1:06CV01308

International Painters and Allied Trades Industry
Pension Fund

vs

The Di Dis Corporation, a/k/a The DiDis
Corporation, et al.

SERVICE OF PROCESS ON: **Nicholas Distante**

X _William Robinson_____, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: X 8-15-06
Place of Service: X 420 Pineville LA - Webster, NY 14580
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X ✓ By handing to defendant personally.
___ By hand delivering to an adult individual resident of defendant's household.,..
   Name & Relationship: _____

X Description of Person Receiving Documents (Male)/Female   Skin Color _white_
                                        Hair Color _Black_  Age _45_ Hgt _5'6_ Wgt _175_

Undersigned declares under penalty of perjury that the foregoing is true and correct

X __William Robinson_____     X _8/16/06_
Signature of Server                 Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                215-922-6700