# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**    **DISTRICT OF COLUMBIA**

Case No.: 1:06CV01308

International Painters and Allied Trades Industry
Pension Fund

vs

The Di Dis Corporation, a/k/a The DiDis
Corporation, et al.

SERVICE OF PROCESS ON: **The Di Dis Corporation, a/k/a The DiDis Corporation**

_William Robinson_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _8-15-06_
Place of Service: _420 Pineville Lane - Webster, NY 14580_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By handing to defendant personally.
_X_ By hand delivering to an officer or person-in-charge or managing agent,...to wit:
   Name & Title: _Nicholas Distante, president_

Description of Person Receiving Documents (Male)/Female   Skin Color _White_
                                    Hair Color _Black_ Age _45_ Hgt _5'6"_ Wgt _175_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_William Robinson_                          _8-16-06_
Signature of Server                          Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                       215-922-6700