IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>    Plaintiff<br>v.<br><br>THE DI DIS CORPORATION<br> a/k/a The DiDis Corporation, *et al.* | CIVIL ACTION NO.<br>06-1308 (RMU) |

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendants, The Di Dis Corporation a/k/a The DiDis Corporation ("Company") and Nicholas Distante for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

             BY: s/ Kent Cprek
                KENT CPREK
                Bar No. 478231
                SANFORD G. ROSENTHAL
                Bar No. 478737
                The Penn Mutual Towers, 16th Floor
                510 Walnut Street, Independence Square
                Philadelphia, PA 19106-3683
                (215) 351-0615/0669
                Attorneys for the Fund

Date: September 7, 2006
OF COUNSEL:
Jessica L. Tortella
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669

170715-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>                 Plaintiff )<br>v.                             )<br>)<br>THE DI DIS CORPORATION )<br>  a/k/a The DiDis Corporation, *et al.* ) | CIVIL ACTION NO.<br>06-1308 (RMU) |

### DECLARATION OF KENT CPREK FOR ENTRY OF DEFAULT

I, Kent Cprek, Esquire, declares as follows:

1.    I am the attorney for the Plaintiff in the above-entitled action.

2.    The Complaint and Summons in this action was served on the Defendants, The Di Dis Corporation a/k/a The DiDis Corporation ("Company") and Nicholas Distante ("Individual Defendant" and jointly with Company, "Defendants"), by William Robinson, Process Server, who personally served Nicholas Distante, President of Company, at 420 Pineville Lane, Webster, NY 14580 on August 15, 2006. The Returns of Service have been duly docketed with the Court.

3.    The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

4.    Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

170715-1

2

5. Neither of the Defendants are infants or incompetent people and, as a corporation, The Di Dis Corporation a/k/a The DiDis Corporation, is not in the military service. A separate Declaration is attached with respect to the individual defendant, Nicholas Distante.

                I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: <u>September 7, 2006</u>        BY: <u> s/ Kent Cprek</u>
                                           KENT CPREK, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) | 06-1308 (RMU) |
| | ) | |
| THE DI DIS CORPORATION<br>    a/k/a The DiDis Corporation, *et al.* | )<br>) | |

## DECLARATION OF NON-MILITARY SERVICE

KENT CPREK, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Nicholas Distante, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                                                   I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: September 7, 2006               BY:  s/ Kent Cprek
                                                           KENT CPREK, ESQUIRE

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Devin Lawton Palmer, Esquire
>C. Bruce Lawrence, Esquire
>2400 Chase Square
>Rochester, NY 14604

Date: September 7, 2006          BY: s/ Kent Cprek
                                     KENT CPREK, ESQUIRE

170715-1