Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

      Plaintiff(s)

      V.

Civil Action No. 06-1308 (RMU)

DI DIS CORPORATION, et al.

      Defendant(s)

RE: NICHOLAS DISTANTE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 15, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _8th_ day of _September_, _2006_ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                             Deputy Clerk