IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-1308 (RMU) |
| THE DI DIS CORPORATION a/k/a The DiDis Corporation, *et al.* | ) ) ) | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, the International Painters and Allied Trades Union Industry Pension Fund ("Pension Fund" or "Plaintiff"), respectfully moves this Court for entry of judgment by default against Defendants, The Di Dis Corporation a/k/a The DiDis Corporation ("Company") and Nicholas Distante ("Individual Defendant" and jointly with Company, "Defendants"), jointly and severally, in the amount of $165,329.54, which includes contributions due for the period December 2003 through June 2006, interest, liquidated damages and attorneys' fees and costs incurred by the Pension Fund pursuant to 29 U.S.C. §185(a) and 1132(g)(2)(A) through (D), and for injunctive relief.

In support of this Motion, Plaintiff relies upon the allegations in its Complaint, the Declaration of Thomas Montemore[1] and the Declaration of Kent Cprek.[2]

---

[1] The Declaration of Thomas Montemore ("Montemore Declaration") is attached to this Motion as Exhibit 1. The exhibits referenced in the Montemore Declaration are attached as Exhibits 2-4.

[2] The Declaration of Kent Cprek ("Cprek Declaration") is attached to this Motion as Exhibit 5. The exhibit referenced in the Cprek Declaration is attached to this Motion as Exhibit 6.

172061-1

The grounds for this Motion are as follows:

1. Prior to the commencement of this action, the Plaintiff attempted to resolve this delinquency in an amicable manner.

2. The requested payments were not received and the Complaint in this matter was filed on July 24, 2006. The Complaint was served on the Defendants on August 15, 2006 as appears from the Affidavit of Service duly filed with the Court.

3. No Answer to the Complaint has been filed by the Defendants.

4. On September 7, 2006, Plaintiff filed a Request to Clerk to Enter Default against the Defendants pursuant to Fed. R Civ. P. 55(a). A copy was sent via first-class mail, postage prepaid, to the Defendants.

5. On June 8, 2006, the Clerk of the Court entered default against all Defendants.

6. Defendants are neither infants nor incompetent people and the Individual Defendant is not in the military service.

**WHEREFORE**, Plaintiff seeks the following relief:

(a) Judgment entered as set forth in the proposed Order and Judgment attached to this Motion;

    (b)    Such other and further relief as the Court deems just, necessary and appropriate.

                                 Respectfully submitted,

                                 JENNINGS SIGMOND, P.C.

                     BY:  s/ Kent Cprek
                             KENT CPREK
                             Bar No. 478231
                             KENT CPREK
                             Bar No. 478737
                             The Penn Mutual Towers, 16th Floor
                             510 Walnut Street, Independence Square
                             Philadelphia, PA 19106-3683
                             (215) 351-0615/0669
                             Attorneys for the Fund

Date: September 12, 2006
OF COUNSEL:
Jessica L. Tortella
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669

172061-1                                          3