**CERTIFICATE OF SERVICE**

    I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Motion for Judgment by Default by the Court pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendants was served by mailing same first class mail, postage prepaid, on the date listed below to:

Devin Lawton Palmer, Esquire
C. Bruce Lawrence, Esquire
2400 Chase Square
Rochester, NY 14604

And

The Di Dis Corporation
a/k/a The DiDis Corporation
420 Pineville Lane
Webster, NY 14580

And

Nicholas Distante
420 Pineville Lane
Webster, NY 14580

                                        s/ Kent Cprek
                                        KENT CPREK, ESQUIRE

Date: September 12, 2006

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM**

172061-1