

**International Painters and Allied Trades Industry Pension Fund**

OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR    202 | 783 | 4884    FAX 202 | 393 | 6475
UNITED UNIONS BUILDING • 1750 NEW YORK AVENUE, N.W. • SUITE 501 • WASHINGTON, DC 20006-5301

March 3, 2006

Mr. Nick Distante                                         Code: D-3135
DiDi's Corporation                                        LU #: 150
40 Greenleaf Street
Rochester, NY 14609

Dear Mr. Distante:

Pursuant to your February 24, 2006, telephone conversation with Thomas Montemore, Assistant to the Fund Administrator, enclosed for your review is a Promissory Note that is acceptable to this Fund. Please note the requirements in paragraph five that must be met in order for the Promissory Note to take effect.

Listed below is a breakdown of the total debt:

| | |
|---|---|
| $ 63,282.95 | Balance of Principal through 1/06 |
| $ 1,434.46 | Interest |
| $ 4,740.36 | Late charges through 9/05 |
| $ 58,920.93 | Liquidated damages |
| $ 5,704.35 | Balance, attorney fees and costs through 1/18/06 |
| $134,083.05 | **Total Debt** |
| -$ 14,069.20 | 10/05 contributions received March 3, 2006 |
| -$ 14,132.40 | 11/05 contributions received March 3, 2006 |
| -$ 19,968.50 | 12/05 contributions due Next Day Service, March 31, 2006 by certified check |
| -$ 15,112.85 | 1/06 contributions due with 1st installment payment Next Day Service, certified check by 4/15/06 |
| $ 70,801.01 | **Balance of Total Debt** |

I have agreed to conditionally waive $58,920.93 in liquidated damages with the understanding that all payments are made as noted on "Exhibit A." Therefore, the total Settlement Sum calculated for this Promissory Note will be $11,879.17.

In addition, the Pension Fund allows the company to be no more than two months delinquent in the submission of current reports and contributions. In the event that the company becomes three or more months delinquent, this will result in a default and loss of waiver. Thus, the amount waived and the balance of the existing note will be due immediately.

If you have any questions, please contact us immediately.

Sincerely,

*Gary J. Meyers*
Fund Administrator

TCM:gls
afl-cio-clc
opeiu #2

Enclosures

cc:    Mr. William Candelori, General Vice President
       Local Union 150


EXHIBIT 3



OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR     202 | 783 | 4884     FAX 202 | 393 | 6475
UNITED UNIONS BUILDING • 1750 NEW YORK AVENUE, N.W. • SUITE 501 • WASHINGTON, DC 20006-5301

March 3, 2006

Mr. Nick Distante                            Code: D-3135
DiDi's Corporation                       LU #: 150
40 Greenleaf Street
Rochester, NY 14609

Dear Mr. Distante:

Your company, DiDi's Corporation (hereinafter "the Company"), is delinquent to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") for a Settlement Sum of $11,879.17.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1. The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than December 15, 2006.

2. The delinquencies shall be paid at the rate of $1,319.91 **(to be overnighted)** per month, for 9 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3. The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4. The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.

Doc A
28115

DiDi's Corporation
March 3, 2006
Page Two

### Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, an authorized representative of the Company **must sign the agreement in the presence of a notary and return the original agreement by,** March 13, 2006, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a **signed** personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $1,319.91 must reach the Fund Office no later than, April 15, 2006 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*
Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: _____
Authorized Representative

Printed Name of Authorized Representative: Nick Distante

Title: President

S.S.#: 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

Company Name: The DiDi's Corp

Sworn and subscribed to before me on this 14th day of, March 2006.

*Angela Borsa*
NOTARY PUBLIC

ANGELA BORSA
NOTARY PUBLIC, STATE OF NEW YORK
No. 01BO6120045
QUALIFIED IN MONROE COUNTY
MY COMMISSION EXPIRES DEC. 13, 2008

My commission expires _____