DiDi's Corporation
March 3, 2006
Page Three

## PERSONAL GUARANTEE
### Promissory Note

I, _Nicholas Distante_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

  1. If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_The DiDi's Corp_
_40 Greenleaf St_
_Rochester, N.Y. 14609_

  2. The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

  3. If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _[signed]_

Printed Name of Personal Guarantor: _Nick Distante_

Home Address of Personal Guarantor: _420 Pineville Lane_
_Webster, NY 14580_

Home Telephone Number of Personal Guarantor: _585 265 2876_

Cell Phone # and Fax # of Personal Guarantor: _585 288 9002_

Relationship of Personal Guarantor to the Company: _Owner/President_

Social Security Number of Personal Guarantor: _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_

Sworn and subscribed to before me on this _14th_ day of _March_, 200_6_.

_Angela Borsa_
NOTARY PUBLIC

My commission expires

ANGELA BORSA
NOTARY PUBLIC, STATE OF NEW YORK
No. 01BO6120045
QUALIFIED IN MONROE COUNTY
MY COMMISSION EXPIRES DEC. 13, 2008

EXHIBIT 4