IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br>v.<br><br>THE DI DIS CORPORATION<br>  a/k/a The DiDis Corporation, *et al.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>06-1308 (RMU) |

**JENNINGS SIGMOND, P.C. September 2006 ATTORNEYS' FEES**

| Date | Attorney | Task | Time |
|---|---|---|---|
| 9/6/06 | JLT | Review of Answer, Affirmative Defenses and Counterclaims Phone Conference w/ M. Stulmaker; Preparation of Correspondence to M. Stulmaker; Preparation of Answer to Counterclaims and Affirmative Defenses; Review of Local Union's Complaint; Phone Conference w/ T. Montemore (x4) | 4.3 |
| 9/7/06 | JLT | Phone Conference w/ T. Montemore (x2) Preparation of Motion to Strike; Preparation of Request For Clerk's Entry of Default; Review Correspondence from P. Gilbert (x2) Preparation of Correspondence to P. Gilbert (x3) Review of Correspondence from T. Montemore (x2) | 3.1 |
| 9/11/06 | JLT | Review of Clerk's Entry of Default Preparation of Default Motion; Review of Correspondence from P. Gilbert Preparation of Exhibits; Review and Revision of Default Motion; Phone Conference with T. Montemore Calculation of Attorneys' Fees and Cost Preparation of Supporting Affidavits Preparation of Correspondence to T. Montemore | <u>6.7</u> |
| | | TOTAL | 14.1 |

<u>September 2006 Summary</u>
JLT   14.1 Hrs. x $200         = $ 2,820.00

       7/06-8/06 Fees         = $ 1,094.00
       7/06-8/06 Costs         = $    594.30
Attorneys' Fees
(Defaulted Promissory Note)   = <u>$ 5,704.35</u>

       **Grand Total**   = $10,212.65

172061-1



# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 7229  
Monday, September 11, 2006  
Beginning To End  

Printed By SLG  
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28115 | The DiDi's Corp (2) | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/22/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Affidavit of Service Memo to file |
| 8/23/2006 | CTM | 0.60 | 0.60 | 70.00 | $42.00 | | | Preparation of Affidavits of Service for Electronic Court Filing and Filing Same Letter to Employer regarding Same |

**Unbilled Time Totals** 1.00 1.00 $122.00

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 8/22/2006 | $0.07 | COPY | Photocopies |
| 8/23/2006 | $0.77 | COPY | Photocopies |
| 8/23/2006 | $2.66 | COPY | Photocopies |
| 8/24/2006 | $198.10 | 7100 | Service of Complaint |

**Unbilled Expenses Totals** $201.60

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/29/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case Review of Documents Preparation of Litigation Memo |
| 7/11/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Bankruptcy Pacer regarding Potential Filing |
| 7/14/2006 | JLT | 2.50 | 2.50 | 200.00 | $500.00 | | | Review of File Documents Review of Bankruptcy Docket Computer Research Company Status Review of Dun & Bradstreet Report Preparation of Complaint |
| 7/18/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from T. Montemore |
| 7/20/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Preparation of Memo regarding Litigation Status |
| 7/20/2006 | CTM | 0.80 | 0.80 | 70.00 | $56.00 | | | Preparation of Civil Cover Sheets and Summons Preparation of Complaint for Electronic Court Filing and Filing Same Letter to Court regarding Filing Same |
| 7/21/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Documents Memo to File |
| 7/26/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |

Report ID:  OT2025 - 7229                                    Printed By  SLG
Monday, September 11, 2006                                   Page        2

## Jennings Sigmond, P.C.
## Time And Expense Details
### Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 7/27/2006 | CTM | 0.60 | 0.60 | 70.00 | $42.00 | | Preparation of Complaint for Service Letter to Errands regarding Serving Same Preparation of Secretary Letters |

**Billed Time Totals**    5.90    5.90        $972.00

**Billed Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 7/20/2006 | $350.00 | 7100 | FILING FEE |
| 7/20/2006 | $17.85 | PO | Postage Charges |
| 7/27/2006 | $24.85 | COPY | Photocopies |

**Billed Expenses Totals**    $392.70

|  | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 6.90 | 6.90 | $1,094.00 | $594.30 | $1,688.30 |

*** End Of Report ***