UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> 1750 New York Avenue, N.W. ) <br> Washington, DC 20006-5387 ) <br> ) <br>      **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> THE DI DIS CORPORATION ) <br> a/k/a  The DiDis Corporation ) <br> 40 Greenleaf Street ) <br> Rochester, New York 14609 ) <br> ) <br>      and ) <br> ) <br> NICHOLAS DISTANTE ) <br> 420 Pineville Lane ) <br> Webster, New York 14580 ) <br> ) <br>      **Defendants.** ) | Civil Action No. 1:06CV01308 <br><br> Judge: Ricardo M. Urbina <br> Deck Type: Labor/ERISA <br> (non-employment) |

**MOTION TO VACATE ENTRY OF DEFAULT
AND TO PERMIT FILING OF ANSWER AND COUNTERCLAIMS**

Defendants, The Di Dis Corporation ("Di Dis") and Nicholas Distante ("Distante") (collectively the "Defendants"), by their attorneys, Shulman, Rogers, Gandal, Pordy & Ecker, P.A. ("SRGPE") and Boylan, Brown, Code, Vigdor and Wilson, LLP ("Boylan Brown"), move this Court to vacate entry of default and to permit the Defendants to file the attached Answer and Counterclaims and state as follows:

1. On July 24, 2006, International Painters and Allied Trades Industry Pension Fund ("Plaintiff") filed a Complaint against the Defendants in this Court.

2. On September 7, 2006, the Plaintiff moved for entry of a default against the Defendants and on September 8, 2006, the Clerk entered a default.

3. By letter dated September 11, 2006, Defendants' counsel, Boylan Brown, advised the Court that an Answer and Counterclaims had been served on Plaintiff prior to entry of a default. The filing of the Answer was not accepted due to a failure to comply with electronic case filing requirements.

4. On October 19, 2006, the Defendants retained SRGPE as local counsel and on October 20, 2006, Defendants filed an Answer and Counterclaims, a copy of which is attached hereto as Exhibit A.

5. On October 24, 2006, the Court informed the Defendants' counsel that a motion for leave to file an Answer must be filed prior to filing an Answer.

6. The Plaintiffs have been put on notice of the Defendants' intention to file an Answer and Counterclaims, have been served twice with the Answer and Counterclaims, and will suffer no prejudice if this Court permits the Defendants to file an Answer and Counterclaims.

**WHEREFORE**, Defendants respectfully request that this Court vacate the entry of default, authorize the filing of an Answer and Counterclaims, and grant such other relief as may be just and proper.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.**

Dated: October 27, 2006     By:     /s/ Michael J. Lichtenstein
Michael J. Lichtenstein (Bar No. 419302)
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
(301) 230-5231
Attorney for Defendants

C. Bruce Lawrence, Esquire
Boylan, Brown, Code, Vigdor & Wilson, LLP
2400 Chase Square
Rochester, New York  14604
TEL:   585-232-5300 x 256
Attorney for Defendants

## CERTIFICATE OF SERVICE

The following parties received electronic notice of this filing:

    Kent G. Cprek                  kcprek@jslex.com
    *Attorney for Plaintiff*

    Sanford G. Rosenthal        usdc-dc@jslex.com
    *Attorney for Plaintiff*


    /s/   Michael J. Lichtenstein
    Michael J. Lichtenstein


G:\75\CLIENTS\Boylan Brown-113235.02\Pleadings\Motion to Vacate Judgment and File Answer.doc