UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> THE DI DIS CORPORATION ) <br> a/k/a  The DiDis Corporation ) <br> ) <br>     and ) <br> ) <br> NICHOLAS DISTANTE ) <br> ) <br> ) <br>     **Defendants.** ) | Civil Action No. 1:06CV01308 <br><br> Judge: Ricardo M. Urbina <br> Deck Type: Labor/ERISA <br> (non-employment) |

## ORDER

This matter having come before the Court on Defendants' Motion to Vacate Entry of Default and to Permit Filing of Answer and Counterclaims (the "Motion"), and there being good cause shown, it is by the United States District Court for the District of Columbia,

**ORDERED,** that Defendants' Motion be, and the same is hereby, granted; and it is further

**ORDERED**, that the entry of default entered against the Defendants is hereby vacated; and it is further

**ORDERED**, that the Answer and Counterclaims of Defendants attached to the Motion be, and the same is hereby deemed filed as of the date of the entry of this Order.

Dated: _____, 2006

                                                                                      Ricardo M. Urbina
                                                                                     United States District Judge