IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-1308 (RMU) |
| THE DI DIS CORPORATION a/k/a The DiDis Corporation, *et al.* | ) ) ) ) | |
| Defendants | ) | |

## ORDER

Upon consideration of Defendants' Motion to Set Aside Default and For Leave to File Answer and Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion, and due consideration by the Court, it is ORDERED:

(1)  Defendants' Motion to Set Aside Default and For Leave to File Answer is Denied;

(2)  Plaintiff's Motion for Entry of Default Judgment is Granted.

Date: _____

_____
RICARDO M. URBINA        J.
United States District Court

174765-1