IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND </br></br> Plaintiff </br> v. </br></br> THE DI DIS CORPORATION </br> a/k/a The DiDis Corporation, *et al.* | CIVIL ACTION NO. </br> 06-1308 (RMU) |

## MOTION TO STRIKE DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Plaintiffs, the International Painters and Allied Trades Industry Pension Fund, by and through the undersigned counsel, respectfully move this Court, pursuant to Rule 83.2(C) of the Local Rules of the United States District Court for the District of Columbia and Rule 12(a)(1) and (f) of the Federal Rules of Civil Procedure, for an order striking Defendants', The Di Dis Corporation a/k/a The DiDis Corporation ("Company") and Nicholas Distante ("Individual Defendant" and together with Company, "Defendants"), Answer to Plaintiff's complaint.

As explained in greater detail in the attached Brief in Support, Defendants' answer was submitted by counsel not admitted to this Court.

171915-1



WHEREFORE, Plaintiff requests that Defendants' answer be stricken, and that the Clerk enter default against Defendants.

                                      Respectfully submitted,

                                      JENNINGS SIGMOND, P.C.

                                 BY:  s/ Kent Cprek
                                      KENT CPREK
                                      Bar No. 478231
                                      SANFORD G. ROSENTHAL
                                      Bar No. 478737
                                      The Penn Mutual Towers, 16th Floor
                                      510 Walnut Street, Independence Square
                                      Philadelphia, PA 19106-3683
                                      (215) 351-0615/0669
                                      Attorneys for the Fund

Date: September 7, 2006
OF COUNSEL:
Jessica L. Tortella
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-1308 (RMU) |
| THE DI DIS CORPORATION a/k/a The DiDis Corporation, *et al.* | ) ) ) | |

**BRIEF IN SUPPORT OF MOTION TO STRIKE
DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

Plaintiff, the International Painters and Allied Trades Industry Pension Fund, by and through the undersigned counsel, move this Court to strike Defendants' answer because it was not submitted by counsel admitted to this Court.

Defendants' answer was filed with this Court on September 5, 2006 by attorney, Devin Lawton Palmer and C. Bruce Lawrence, who maintain an office at 2400 Chase Square, Rochester, NY 14604. Upon information obtained from the Bar Association of this Court, Mr. Palmer and Mr. Lawrence are not members of the bar of this Court and have failed to join of record a member in good standing in the Bar of the United States District Court for the District of Columbia as required by Local Civil Rule 83.2(c)(1). Rule 83.2(c) provides that "[a]n attorney in who is not a member of the Bar of this Court may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of the Court. All papers submitted by non-members of the Bar of this Court **must** be signed by such counsel and by a member of the Bar of this Court joined in compliance with the Rule."

171915-1

WHEREFORE, Plaintiffs request that this Court strike Defendants' Answer and enter a default.

          Respectfully submitted,

          JENNINGS SIGMOND, P.C.

          BY:  s/ Kent Cprek
               KENT CPREK
               Bar No. 478231
               SANFORD G. ROSENTHAL
               Bar No. 478737
               The Penn Mutual Towers, 16th Floor
               510 Walnut Street, Independence Square
               Philadelphia, PA 19106-3683
               (215) 351-0615/0669
               Attorneys for the Fund

Date: September 7, 2006
OF COUNSEL:
Jessica L. Tortella
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state under penalty of perjury that I served the foregoing Motion to Strike Defendants' Answer to Plaintiff's Complaint, Brief in Support, and proposed Order by mailing copies first class, postage prepaid to:

> Devin Lawton Palmer, Esquire
> C. Bruce Lawrence, Esquire
> 2400 Chase Square
> Rochester, NY 14604

Date: September 7, 2006                BY: s/ Kent Cprek
                                            KENT CPREK, ESQUIRE

171915-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 06-1308 (RMU) |
| THE DI DIS CORPORATION a/k/a The DiDis Corporation, *et al.* | ) ) ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion to Strike Defendant's Answer to Plaintiffs' Complaint, Brief in Support, Request to Enter Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is this _____ day of _____, 2006, hereby

ORDERED, that Defendants' Answer to Plaintiff's Complaint is stricken; and it is

FURTHER ORDERED, that an Entry of Default be entered against The Di Dis Corporation a/k/a The DiDis Corporation and Nicholas Distante.

  Ricardo M. Urbina,           J.
  United States District Judge

171915-1