**INTERNATIONAL PAINTERS AND ALLIED TRADES COMBINED FUNDS**
Industry Pension Fund – Political Action Together – Joint Apprenticeship Training Fund
Finishing Contractors Industry Fund – Labor Management Cooperation Initiative

June 14, 2006

DiDi's Corporation
40 Greenleaf Street
Rochester, NY  14609

Employer #:    D-03135
Contract ID #: DC000004001000000
Zone: Z07     Class: 100
Subclass: 00  LU/DC#: LU000150

To Whom It May Concern:

On March 3, 2006, DiDi's Corporation entered into a Promissory Note Agreement with this Fund, agreeing to pay equal monthly installments of $1,319.91, commencing April 15, 2006, with each subsequent payment, due thereafter, by the 15th of the month, until its entire debt, had been paid. In addition, the Company agreed to remain current in the filing of all remittance reports and contributions throughout the term of the Promissory Note Agreement.

This letter is to put you on notice that the Company has breached the Promissory Note Agreement.

Accordingly, unless you send the Pension Fund a check in the amount of **$138,822.15** for the delinquencies listed on "Exhibit A" *within 10 days* of your receipt of this letter, we will then refer your account to our attorney for collection.

If there is a reason you cannot comply, please contact Thomas Montemore, Assistant to the Fund Administrator. We anticipate your prompt response.

Very truly yours,

*Gary J. Meyers*

GARY J. MEYERS
Fund Administrator

TCM:gls
opeiu #2
afl-cio

cc:  Mr. William Candelori, General Vice President
     Local Union 150

---

Office of
Gary J. Meyers
Fund Administrator

202·783·4884
Fax 202·393·6475

**ONE VOICE**

Representing
Protective and Decorative Coatings Applicators • Wallcoverers • Drywall Finishers • Painters • Decorators • Scenic Artists • Designers • Civil Service Workers • Shipyard Workers • Maintenance Workers • Building Cleaners • Metal Polishers • Metalizers • Public Employees • Clerical Workers • Professional Employees • Security Guards • Safety Engineers • Bridge Painters • Riggers • Tank Painters, Marine Painters • Containment Workers • Waterblasters • Vacuum Cleaners • Sign Painters • Sign and Display Workers • Bill Posters • Convention and Show Decorators and Builders • Paint Makers • Glaziers • Architectural Metal and Glass Workers • Sandblasters • Lead Abatement Workers • Floorlaying and Decorative Coverings Workers • Journeyman and Apprentice Commercial, Industrial, Highway, Residential Construction Workers

**ONE AGENDA**

United Unions Building
1750 New York Avenue, N.W.,
Suite 501
Washington, DC
20006-5301

Organizing Since 1887

EXHIBIT 3



**INTERNATIONAL PAINTERS AND ALLIED TRADES COMBINED FUNDS**
Industry Pension Fund — Political Action Together — Joint Apprenticeship Training Fund
Finishing Contractors Industry Fund — Labor Management Cooperation Initiative

Office of
Gary J. Meyers
Fund Administrator

202·783·4884
Fax 202·393·6475

**ONE VOICE**

Representing
Protective and Decorative
Coatings Applicators ·
Wallcoverers · Drywall Finishers
· Painters · Decorators · Scenic
Artists · Designers · Civil Service
Workers · Shipyard Workers ·
Maintenance Workers · Building
Cleaners · Metal Polishers
· Metalizers · Public Employees ·
Clerical Workers · Professional
Employees · Security Guards
· Safety Engineers · Bridge
Painters · Riggers · Tank Painters,
Marine Painters · Containment
Workers · Waterblasters ·
Vacuum Cleaners · Sign
Painters · Sign and Display
Workers · Bill Posters · Convention
and Show Decorators and
Builders · Paint Makers ·
Glaziers · Architectural Metal
and Glass Workers · Sandblasters
· Lead Abatement Workers ·
Floorlaying and Decorative
Coverings Workers · Journeyman
and Apprentice Commercial,
Industrial, Highway, Residential
Construction Workers

**ONE AGENDA**

United Unions
Building
1750 New York
Avenue, N.W.,
Suite 501
Washington, DC
20006-5301

Organizing Since 1887



June 14, 2006

Mr. Nick Distante          Employer #:    D-03135
DiDi's Corporation         Contract ID#:  DC000004001000000
40 Greenleaf Street        Zone: Z07      Class: 100
Rochester, NY  14609       Subclass: 00   LU/DC#: LU000150

Dear Mr. Distante:

On March 3, 2006, you personally guaranteed a Promissory Note Agreement entered into between **DiDi's Corporation** and this Pension Fund. A copy of that personal guarantee is enclosed. DiDi's Corporation has breached the Promissory Note Agreement.

In accordance with your personal guarantee, this letter is to demand payment from you in the amount of **$138,822.15** for the delinquencies listed on "Exhibit A", within 10 days of delivery of this letter.

Sincerely,

*Gary J. Meyers*

GARY J. MEYERS
Fund Administrator

TCM:gls
opeiu #2
afl-cio

cc: Local Union 150

**DiDi's Corporation**

**Employer #: D-03135**                     **Contract ID #: DC000004001000000**
**Zone: Z07        Class: 100              Subclass: 00      LU/DC#: LU000150**

## "Exhibit A"

| | |
|---|---|
| $ 19,968.50 | December 2005 unpaid remittance report |
| $ 15,242.65 | January 2006 reports and contributions |
| $ 11,338.00 | February 2006 reports and contributions |
| $  7,523.30 | March 2006 reports and contributions |
| $  6,109.40 | April 2006 reports and contributions |
| $  7,840.20 | May 2006 reports and contributions |
| $ 58,920.93 | Liquidated damages (conditionally waived per Promissory Note) |
| $  1,434.46 | Interest |
| $  4,740.36 | Late charges |
| $  5,704.35 | Attorney fees |
| **$138,822.15** | **Total amount due** |