## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                 )
                 Plaintiff      )         CIVIL ACTION NO.
    v.                               )         06-1308 (RMU)
                                   )
THE DI DIS CORPORATION            )
    a/k/a The DiDis Corporation, *et al.*    )

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR FOR THE SCHEDULING CONFERENCE VIA TELECONFERENCE

The Plaintiff, by undersigned counsel, requests that this Court grant Plaintiff leave to appear for the Scheduling Conference, set for June 25, 2007, at 9:45 a.m. via teleconference. In support of this Motion, Plaintiff states the following:

1.      Plaintiff's counsel is located in Philadelphia, PA.

2.      It would be very costly for Plaintiff's counsel to travel to Washington, D.C. to participate in the Scheduling Conference.

3.      In an effort to conserve time and money, the Plaintiff seeks to conduct the Scheduling Conference via teleconference.

4.      Defendant has no objection to the Plaintiff's request to appear via teleconference.

183847-1

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to participate in the Initial Scheduling Conference, set for June 25, 2007, at 9:45 am via teleconference.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
Date: June 7, 2007
(215) 351-0611/0669
Attorneys for the Fund

OF COUNSEL:
Jerome A. Flanagan
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0660

183847-1