IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-1308 (RMU) |
| THE DI DIS CORPORATION a/k/a The DiDis Corporation, *et al.* | ) ) ) | |

**ORDER**

This matter comes before the Court on the Plaintiff's uncontested Motion for Leave to Appear for the Scheduling Conference, set for June 25, 2007, at 9:45 am, via teleconference. Upon consideration of the facts set forth in Plaintiff's request, it is hereby

**ORDERED** that Plaintiff may appear for the Scheduling Conference, set for June 25, 2007, at 9:45 am, via teleconference; and it is

**FURTHER ORDERED** that the Plaintiff will arrange the teleconference and advise the Judge's Courtroom Deputy Clerk of the details regarding the teleconference.

BY THE COURT

Date:_____    By: _____
                                   Ricardo M. Urbina,        J.
                                   United Stated District Judge

183847-1