UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> THE DI DIS CORPORATION <br> a/k/a The DiDis Corporation <br><br> and <br><br> NICHOLAS DISTANTE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:06CV01308 <br><br> Judge: Ricardo M. Urbina <br> Deck Type: Labor/ERISA <br> (non-employment) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Sanford G. Rosenthal, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Plaintiff in the above-styled action, respectfully applies to this Court for permission for Jerome A. Flanagan to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of Plaintiff. In support thereof, the undersigned states as follows:

1. Jerome A. Flanagan is an associate with the law firm of Jennings Sigmond whose offices are located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, which represents Plaintiff in this case.

2. Jerome A. Flanagan graduated from the Syracuse University College of Law in 2003. He is a member in good standing and admitted to practice in Pennsylvania, New Jersey and before the United States District Court for the Eastern District of Pennsylvania. Mr. Flanagan is not currently suspended or disbarred in any court.

184585-1

3.	Mr. Flanagan's practice is devoted entirely to the representation of multiemployer funds such as the Plaintiff Fund.

4.	Sanford G. Rosenthal, a member of Jennings Sigmond has entered his appearance as local counsel for Plaintiff.

WHEREFORE, Sanford G. Rosenthal requests that this Court grant leave for Jerome A. Flanagan to appear *pro hac vice* during these proceedings.

                Respectfully submitted,

                JENNINGS SIGMOND

                BY: /s Sanford Rosenthal
                      SANFORD ROSENTHAL
                      D.C. Bar No. 478737
                      The Penn Mutual Towers, 16th Floor
                      510 Walnut Street, Independence Square
                      Philadelphia, PA 19106-3683
                      (215) 351-0611

                      Counsel for Plaintiff

Dated: June 22, 2007

184585-1