UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DI DIS CORPORATION )<br>a/k/a The DiDis Corporation )<br>)<br>and )<br>)<br>NICHOLAS DISTANTE )<br>)<br>Defendants. ) | Civil Action No. 1:06CV01308<br><br>Judge: Ricardo M. Urbina<br>Deck Type: Labor/ERISA<br>(non-employment) |

## ORDER

Upon consideration of this Motion For Leave to Appear Pro Hac Vice, it is this

_____ day of _____, 2007:

ORDERED that Jerome A. Flanagan may appear *pro hac vice* during the proceedings in the above-styled action.

BY THE COURT

Date:_____                    _____
                                     Ricardo M. Urbina,          J.
                                       United States District Judge

184585-1

Copies of this Order shall be sent to:

Jerome A. Flanagan, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  29206-3683

David I. Bledsoe, Esquire
601 King Street
Alexandria, VA 22314

Kimberly L. Cohen, Esquire
Drewry Simmons Vornehm, LLP
8888 Keystone Crossing, Suite 1200
Indianapolis, IN  46240

184585-1