UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE DI DIS CORPORATION ) <br> a/k/a The DiDis Corporation ) <br> ) <br> and ) <br> ) <br> NICHOLAS DISTANTE ) <br> ) <br> Defendants. ) | Civil Action No. 1:06CV01308 <br><br> Judge: Ricardo M. Urbina <br> Deck Type: Labor/ERISA <br> (non-employment) |

## DECLARATION OF JEROME A. FLANAGAN

Jerome A. Flanagan states as follows:

1. My name is Jerome A. Flanagan. I am an associate of the law firm of Jennings Sigmond, The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683.

2. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey and have been admitted to practice law before the Supreme Court of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Middle District of Pennsylvania.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

184585-1

4.  I have been retained as counsel for the Plaintiff in this matter.

5.  I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

6.  I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: June 22, 2006

/s Jerome A. Flanagan
JEROME A. FLANAGAN

184585-1