**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to Appear for the Scheduling Conference Via Teleconference and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

>Michael Joshua Lichtenstein
>Bingham Mccutchen, LLP
>2020 K Street, NW
>Washington, DC 20006

>and

>C. Bruce Lawrence, Esquire
>2400 Chase Square
>Rochester, NY 14604

DATE: June 22, 2007                    BY:  s/ Sanford G. Rosenthal
                                            SANFORD G. ROSENTHAL

184585-1