UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE DI DIS CORPORATION<br>a/k/a The DiDis Corporation<br><br>and<br><br>NICHOLAS DISTANTE<br><br>Defendants. | Civil Action No. 1:06CV01308<br><br>Judge: Ricardo M. Urbina<br>Deck Type: Labor/ERISA<br>(non-employment) |

**STIPULATION FOR ENTRY OF
CONSENT ORDER AND JUDGMENT AGAINST THE DI DIS CORPORATION
a/k/a THE DIDIS CORPORATION ONLY**

It is stipulated and agreed by the undersigned that the attached proposed consent order and judgment may be entered without further notice or hearing.

Respectfully submitted,                        Respectfully submitted,


**JENNINGS SIGMOND, P.C.**                    **SHULMAN, ROGERS, GANDAL, PORDY
                                               & ECKER, P.A.**


By: /s/ Sanford G. Rosenthal                  By: /s/ Michael J. Lichtenstein

Sanford G. Rosenthal (Bar No. 478737)         Michael J. Lichtenstein (Bar No. 419302)
510 Walnut Street, 16th Floor                 11921 Rockville Pike, Suite 300
Philadelphia, PA 19106                        Rockville, Maryland 20852-2743
Direct Dial: 215.351.0611                     (301) 230-5231
Attorney for Plaintiffs                       Attorney for Defendants

Date: July 25, 2007                           Date: July 25, 2007


184585-1