UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> THE DI DIS CORPORATION a/k/a The DiDis Corporation <br><br> and <br><br> NICHOLAS DISTANTE <br><br> Defendants. | Civil Action No. 1:06CV01308 <br><br> Judge: Ricardo M. Urbina <br> Deck Type: Labor/ERISA <br> (non-employment) |

### JOINT STIPULATION FOR PARTIAL DISMISSAL

IT IS HEREBY STIPULATED, by and between counsel for Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Pension Fund"), and counsel for Defendants, The Di Dis Corporation a/k/a The DiDis Corporation ("Company") and Nicholas Distante ("Individual Defendant," and, together with Company, "Defendants"), that **the claims asserted by the Pension Fund against Individual Defendant are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).** The parties further stipulate that **the counterclaims asserted by the Defendants against the Pension Fund are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).**

**STIPULATION CONTINUES ON NEXT PAGE**

185644-1

| | |
|---|---|
| **JENNINGS SIGMOND, P.C.** | **SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.** |
| By: /s/ Sanford G. Rosenthal | By: /s/ Michael J. Lichtenstein |
| Sanford G. Rosenthal (Bar No. 478737)<br>510 Walnut Street, 16th Floor<br>Philadelphia, PA  19106<br>Direct Dial:  215.351.0611<br>Attorney for Plaintiffs | Michael J. Lichtenstein (Bar No. 419302)<br>11921 Rockville Pike, Suite 300<br>Rockville, Maryland  20852-2743<br>(301) 230-5231<br>Attorney for Defendants |
| Date: July 25, 2007 | Date: July 25, 2007 |

SO ORDERED this _____ date of _____, 2007:

_____                              _____
Date                                                                      Ricardo M. Urbina,          J.
                                                                              United States District Judge